# EXHIBIT "6"

Code of Maryland Regulations > TITLE 20. PUBLIC SERVICE COMMISSION > SUBTITLE 50. SERVICE SUPPLIED BY ELECTRIC COMPANIES > CHAPTER 08. SAFETY

## .01 Protective Measures.

A. Exercise Reasonable Care. Each utility shall exercise reasonable care to reduce the hazards to which its employees, its customers, and the general public may be subjected.

B. Investigation by Commission. The utility shall give reasonable assistance to the Commission in the investigation of the cause of accidents and in the determination of suitable means of preventing accidents.

C. Record of Accidents. Each utility shall maintain a summary of all reportable accidents arising from its operations.

CODE OF MARYLAND REGULATIONS
Copyright © 2017 by the Division of State Documents, State of Maryland